**SO ORDERED.**

**SIGNED this 09 day of March, 2010.**



_____
**JAMES D. WALKER, JR.**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO. 08-52792-JDW** |
| DAVID A. SEXTON | |
| 306 EAST HERITAGE BLVD | **Proceedings for Adjustment of Debts** |
| PO BOX 2203 | |
| BYRON, GA  31008-2203 | **ORDER DIRECTED TO** |
| | **EMPLOYER** |

**SOCIAL SECURITY NO.** XXX-XX-3278

**ORDER**

After notice and hearing, a plan has been confirmed by the Court formulating periodic payments by the debtor to the trustee for adjustment of debts, to be disbursed as required by law; and

It appearing to the Court that in the best interest of efficient administration of the debtor's estate, the debtor's employer should deduct the sum proposed by the debtor's plan from the disposable earnings of the debtor and tender said sum to the trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

**ORDERED** that the employer

BOMBARDIER AEROSPACE
ATTN:  PAYROLL
PO BOX 7707
WICHITA, KS 67277-7707

be and is directed to deduct the sum of **$400.00 BI-WEEKLY** from the disposable earnings of the debtor beginning the pay period following that date of this Order, and continuing each pay period thereafter as long

as the debtor is employed by said employer, or until further order of this Court, or until further notified by the trustee that the deduction my be terminated, and shall transmit such funds withheld to the **CHAPTER 13 TRUSTEE, M.D. GA, ATHENS AND MACON, P.O. BOX 403327, ATLANTA, GA 30384-3327,** not later than the 10th day of each month following the month such funds are withheld. All checks should be made payable to **The Chapter 13 Trustee, Middle District of Georgia.**

**FURTHER ORDERED** that the employer shall cease deduction for all garnishments with the exception of Child Support garnishments pending against this debtor.

**FURTHER ORDERED** that the employer may not deduct any sum from the debtor's earning for any expenses for administering this Order.

**FUTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court, P.O. Box 1957, Macon, GA 31202.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the employer, debtor, counsel for debtor and the trustee.


END OF DOCUMENT


Prepared by:

Camille Hope
P.O. Box 954
Macon, GA 31202
Telephone (478) 742-8706